IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RONALD ALLEN and <br> JUSTIN EZRA JONES, <br><br> Plaintiffs, <br><br> v. <br><br> BILL HOLT, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 3:18-cv-00033 <br> ) Judge Aleta A. Trauger <br> ) <br> ) <br> ) <br> ) |

# ORDER

Before the court is defendant Bill Holt's Objection (Doc. No. 48) to the magistrate judge's Report and Recommendation (Doc. No. 44), recommending that the defendant's Motion for Summary Judgment (Doc. No. 18) be granted in part and denied in part.

For the reasons explained in the accompanying Memorandum, the arguments raised in the Objection are **OVERRULED**, and the court **ACCEPTS** the magistrate judge's recommended disposition in its entirety. The Motion for Summary Judgment is therefore **GRANTED IN PART AND DENIED IN PART**. The defendant is **GRANTED** summary judgment as to the claims brought by plaintiff Ronald Allen; all claims brought by that plaintiff are **DISMISSED WITH PREJUDICE**. The defendant's motion is **DENIED** insofar as it pertains to the claim brought by plaintiff Justin Jones premised on the deprivation of a constitutional right to exercise.

The magistrate judge is requested to promptly give due consideration to the plaintiff's pending Motion for Appointment of Counsel. (Doc. No. 31.)

An Order setting a trial date will enter separately.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge